**John M. ALFORD, Appellant, v. ADDRESSOGRAPH–MULTIGRAPH CORPORATION, a Corporation, Appellee.**

No. 10698.

Circuit Court of Appeals, Ninth Circuit.

June 2, 1944.

Carlos G. Stratton, of Los Angeles, Cal., for appellant.

Lyon & Lyon, Leonard S. Lyon, and Lewis E. Lyon, all of Los Angeles, Cal., and George H. Wallace and Charles B. Cannon, both of Chicago, Ill., for appellee.

Before WILBUR, GARRECHT, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeal in above cause be dismissed with prejudice, and without costs to either party, that a judgment of dismissal be filed and entered accordingly and that the mandate of this Court in this cause issue forthwith.

**McCULLOUGH v. KAMMERER CORPORATION et al.**

No. 9957.

Circuit Court of Appeals, Ninth Circuit.

March 1, 1944.

For former opinion, see 138 F.2d 482.

Before DENMAN, MATHEWS, and STEPHENS, Circuit Judges.

R. Welton Whann, of Los Angeles, Cal., and A. W. Boyken, of San Francisco, Cal., for appellant.

Lyon & Lyon, of Los Angeles, Cal., for appellee.

PER CURIAM.

In his petition for rehearing appellant has cited Kellogg No. 657,777, Hill No. 1,338,773, and Segelhorst No. 1,599,067 and No. 1,767,018 as being demonstrative of anticipation of Reilly-Stone No. 1,625,391. We do not find in these patents such anticipation.

The petition for rehearing is denied.

MATHEWS, Circuit Judge dissents.